# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 20, 2015

## NO. 03-14-00811-CR

**Karl Dean Stahmann, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 274TH DISTRICT COURT OF COMAL COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD**
**DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE FIELD**

This is an appeal from the order signed by the trial court on January 5, 2015. Karl Dean Stahmann has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows Karl Dean Stahmann to withdraw his notice of appeal, and dismisses the appeal. Because Karl Dean Stahmann is indigent and unable to pay costs, no adjudication of costs is made.